FILED
08 MAY 29 PM 3:52

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1764 H

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| JOSE LUIS MENDEZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about April 26, 2008, within the Southern District of California, defendant JOSE LUIS MENDEZ did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.14 kilograms (4.71 pounds), of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

WMC:em:San Diego
5/29/08

Count 2

On or about April 26, 2008, within the Southern District of California, defendant JOSE LUIS MENDEZ did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.14 kilograms (4.71 pounds), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 29, 2008.

A TRUE BILL:

*[signature: Thomas R. Lyon]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
W. MARK CONOVER
Assistant U.S. Attorney