```
                                              FILED
                                         2008 JUN -4 PM 4:18
                                         CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____/s/___DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **08CR1764-H** |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | **(Superseding)** |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 952 and |
| JOSE LUIS MENDEZ, ) | 960 - Importation of |
| ) | Methamphetamine; Title 21, U.S.C., |
| Defendant. ) | Sec. 841(a)(1) - Possession of |
| ) | Methamphetamine with Intent to |
| _____ ) | Distribute |

The grand jury charges:

### Count 1

On or about March 26, 2008, within the Southern District of California, defendant JOSE LUIS MENDEZ did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.14 kilograms (4.71 pounds), of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

WMC:fer:San Diego
6/3/08

Count 2

On or about March 26, 2008, within the Southern District of California, defendant JOSE LUIS MENDEZ did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.14 kilograms (4.71 pounds), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 4, 2008.

A TRUE BILL.

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

2